# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOSEPH FORD AND SHEVELLE
FORD

NO.  2021 CW 1380

VERSUS

KENDALL PLAIN

**JANUARY 27, 2022**

---

In Re:   Kendall Plain, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 656152.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

   **WRIT DENIED.**

JMG
WRC

   **Holdridge, J.,** concurs. Under La. Code Civ. P. art. 561, an
ex parte motion to dismiss based on abandonment must be
accompanied by an affidavit which provides that no step has
timely been taken in the prosecution or defense of the action.
The writ application does not contain an affidavit in support of
relator's motion for dismissal.  Therefore, the motion seeking
dismissal on the basis of abandonment was properly denied.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT